AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS SHAFFER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 125-228

CAPTAIN DANIELS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated December 9, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case without prejudice. This civil action stands closed.

12/9/2025  
Date

John E. Triplett, Clerk of Court  
Clerk

*(signature)*  
(By) Deputy Clerk

GAS Rev 10/2020